# EXHIBIT D

# EXHIBIT D
# U.S. PATENT NO. 11,003,864

| Claim Language USPN 11,003,864 | Accused Product - IXL Learning Platform |
|---|---|
| 1. [P] An artificial intelligence data analytics system, comprising: | IXL is publicly described as an AI-driven data analytics system for education. IXL's homepage states: "IXL is personalized learning" and describes a platform that uses artificial intelligence algorithms (including its proprietary SmartScore algorithm and Item Response Theory-based Real-Time Diagnostic) to analyze student performance data and generate individualized outputs.<br><br>[Source: https://www.ixl.com/].<br><br>IXL's Design Principles document states: "Using information from both the IXL Real-Time Diagnostic and skill practice in the curriculum, IXL is able to provide tailored recommendations as to what a student should work on next." |

| **Claim Language USPN 11,003,864** | **Accused Product - IXL Learning Platform** |
|---|---|
| | **PERSONALIZED GUIDANCE**<br>We named IXL's third component *personalized guidance* because it is truly personalized for each learner. Using information from both the IXL Real-Time Diagnostic and skill practice in the curriculum, IXL is able to provide tailored recommendations as to what a student should work on next. These next steps come in the form<br><br>[Source: https://www.ixl.com/research/IXL_Design_Principles.pdf, p. 3]<br><br>IXL's Assessment Suite Overview states: "Our assessment suite works in concert with the IXL curriculum to give you real-time insight into performance, pinpoint gaps in knowledge, and provide specific next steps to help each student grow."<br><br>The IXL Assessment Suite<br>IXL<br>Our assessment suite works in concert with the IXL curriculum to give you real-time insight into performance, pinpoint gaps in knowledge, and provide specific next steps to help each student grow.<br><br>[Source: https://www.ixl.com/materials/us/Assessment-Suite_Overview.pdf, p. 1]<br><br>IXL LevelUp Diagnostic Technical Manual: "The IXL LevelUp Diagnostic uses an algorithm based on Rasch Measurement Theory (Rasch, 1960). The Rasch model is a sophisticated statistical approach that places student ability and test item difficulty on a common scale." |

| **Claim Language USPN 11,003,864** | **Accused Product - IXL Learning Platform** |
|---|---|
| | **Measurement Model**<br><br>The IXL LevelUp Diagnostic uses an algorithm based on Rasch Measurement Theory (Rasch, 1960). The Rasch model is a sophisticated statistical approach that places student ability and test item difficulty on a common scale and is mathematically equivalent to a scaled version of the one-parameter logistic item response theory model where the discrimination parameter is set to 1 (Hambelton & Swaminathan, 1985). A student with a high value on this scale has more ability than<br><br>[Source: https://www.ixl.com/materials/IXL_LevelUp_Diagnostic_for_Math_Technical_Manual.pdf, p. 27] |
| [A] a data analytics algorithm accessible by an analyst operable for receiving data from one or more sources, | Accused Feature: IXL Analytics / IXL Assessment Suite — Teacher-Accessible Data Ingestion Layer - The IXL platform provides teachers (the "analysts") with access to a data analytics algorithm that receives student performance data from multiple sources:(1) Skill practice sessions (SmartScore data from student question responses); and (2) The IXL Real-Time Diagnostic (adaptive assessment data).<br><br>IXL Assessment Suite Overview: "Our assessment suite works in concert with the IXL curriculum to give you real-time insight into performance."<br><br>**The IXL Assessment Suite** IXL<br><br>Our assessment suite works in concert with the IXL curriculum to give you real-time insight into performance, pinpoint gaps in knowledge, and provide specific next steps to help each student grow. |

| Claim Language USPN 11,003,864 | Accused Product - IXL Learning Platform |
|---|---|
| | [Source: https://www.ixl.com/materials/us/Assessment-Suite_Overview.pdf, p. 1]<br><br>NSCAS Growth Validation Study: "A core component of IXL's assessment suite is the IXL Real-Time Diagnostic, an interim assessment designed to provide students and educators with in-the-moment information about students' subject area knowledge. The diagnostic was designed by a team of educators and subject matter experts, and it uses item response theory to automatically adjust question difficulty based on students' response patterns. The diagnostic provides immediate insights about students' current knowledge levels and, using these results, creates personalized action plans that help students close gaps quickly."<br><br>**Executive Summary**<br><br>IXL is an end-to-end teaching and learning solution that engages learners in grades Pre-K through 12 with a comprehensive curriculum and a first-of-its-kind assessment suite. A core component of IXL's assessment suite is the IXL Real-Time Diagnostic, an interim assessment designed to provide students and educators with in-the-moment information about students' subject area knowledge. The diagnostic was designed by a team of educators and subject matter experts, and it uses item response theory to automatically adjust question difficulty based on students' response patterns. The diagnostic provides immediate insights about students' current knowledge levels and, using these results, creates personalized action plans that help students close gaps quickly.<br><br>[Source: https://www.ixl.com/materials/us/research/Predictive_Validity_of_the_IXL_Real-Time_Diagnostic_Using_the_NSCAS_Growth_Assessments_as_Criterion.pdf, pp. 1-2] |

| Claim Language USPN 11,003,864 | Accused Product - IXL Learning Platform |
|---|---|
| | IXL SmartScore Research (How IXL's SmartScore Supports Student Learning): "A key feature of IXL is its proprietary SmartScore, which indicates a learner's progress toward proficiency within a given skill that they are practicing. The SmartScore ... incorporates item difficulty, answer accuracy, response patterns, and relative progress on a skill."<br><br>*The SmartScore ranges from 0-100. However, it is not a percent correct score: a SmartScore of 100 is always possible.*<br><br>A key feature of IXL is its proprietary *SmartScore*, which indicates a learner's progress toward proficiency within a given skill that they are practicing. The SmartScore is named as such because it is "smart" in how it adapts to each learner's individual trajectory: it incorporates item difficulty, answer accuracy, response patterns, and relative progress on a skill. The SmartScore ranges from 0-100. However, it is not a percent correct score: a SmartScore of 100 is always possible. It increases as students answer questions correctly, and decreases as students answer questions incorrectly. A SmartScore of 80 indicates proficiency in a skill, and a SmartScore of 100 indicates mastery. IXL recommends that students aim to reach proficiency in at least two skills per week (SP/week; An et al., 2022). The design of the SmartScore incorporates many key principles from learning sciences research, discussed in more detail in the following paragraphs.<br><br>[Source: https://www.ixl.com/materials/us/research/How_IXLs_SmartScore_Supports_Student_Learning.pdf, p. 2] |

| | |
|---|---|
| [B] applying one or more analytical tools to the data, and displaying summary information to the analyst; | Accused Feature: IXL Analytics Dashboard (Teacher-Facing Reports) - IXL applies multiple analytical tools to ingested student data, including the SmartScore algorithm and IRT-based diagnostic level calculations, and displays the resulting summary information to teachers through dedicated analytics reports.<br><br>IXL Homepage: "Get real-time insights that help you make effective instructional decisions every day."<br><br><br><br>[Source: https://www.ixl.com/]<br><br>IXL Personalized Practice Implementation Guide: "Scan your Students Quickview to get an idea of which skills your students worked on and how much progress they made on each one. Check your Trouble Spots report to see if any students are struggling with particular skills." |




[Source: https://www.ixl.com/materials/i_guides/IXL_for_Personalized_Practice_Implementation_Guide.pdf, p.3]

IXL Diagnostic Assessment Implementation Guide: "To track students' progress on their action plan skills, look for the blue Diagnostic recommendations icon on the Students Quickview and Student Usage reports, and in Live Classroom."

**Encourage students to follow their action plan from IXL**

Using insights from the diagnostic, IXL creates a personalized action plan for each student. Have your students click directly on their recommended IXL skills to start closing gaps and making progress right away.

To track students' progress on their action plan skills, look for the blue Diagnostic recommendations icon on the Students Quickview and Student Usage reports, and in Live Classroom. It means the skill practiced came from a student's action plan!

[Source: https://www.ixl.com/materials/i_guides/IXL_for_Diagnostic_Assessment_Implementation_Guide.pdf, p. 2]

IXL Assessment Suite Overview: "Our assessment suite works in concert with the IXL curriculum to give you real-time insight into performance, pinpoint gaps in knowledge, and provide specific next steps to help each student grow."

**The IXL Assessment Suite**

Our assessment suite works in concert with the IXL curriculum to give you real-time insight into performance, pinpoint gaps in knowledge, and provide specific next steps to help each student grow.

[Source: https://www.ixl.com/materials/us/Assessment-Suite_Overview.pdf, p. 1]

| **Claim Language USPN 11,003,864** | **Accused Product - IXL Learning Platform** |
|---|---|
| | IXL SmartScore Guide: "Taking into account several factors, including questions answered correctly or incorrectly, question difficulty, recent answers, and consistency, the SmartScore goes both up and down to ensure students are always working at their exact learning level."<br><br>HOW THE IXL SMARTSCORE LOCKS IN LEARNING<br>A guide for teachers and parents<br>IXL<br><br>IXL has the power to unlock students' internal motivation to learn and grow. The key is in IXL's SmartScore.<br><br>Unlike a percentage score, this unique, adaptive algorithm measures a student's true understanding of a skill. Taking into account several factors, including questions answered correctly or incorrectly, question difficulty, recent answers, and consistency, the SmartScore goes both up and down to ensure students are always working at their exact learning level. Students work through challenges to build momentum, find productive "flow," and feel pride in their earned success.<br><br>[Source: https://www.ixl.com/resources/IXL_SmartScore_guide.pdf, p. 1] |
| [C] an artificial intelligence algorithm accessible by the analyst operable for | Accused Feature: IXL SmartScore Algorithm / IRT-Based Adaptive Assessment - IXL employs a proprietary AI algorithm — the SmartScore algorithm — that applies an AI methodology (item response theory / Bayesian adaptive assessment) to student performance data.<br><br>SmartScore Description: "IXL's SmartScore is based on a proprietary algorithm and is designed to give you the best possible measure of your mastery level. SmartScore offers superior accuracy in assessing achievement, as it takes several factors into account, including: question difficulty; number of questions correct and incorrect; |

| **Claim Language USPN 11,003,864** | **Accused Product - IXL Learning Platform** |
|---|---|
| applying a preferred artificial intelligence methodology to the data | number of questions completed; [plus] consistency (correct answers in a row) is rewarded highly; recent answers are weighed more heavily."<br><br>IXL's SmartScore is based on a proprietary algorithm and is designed to give you the best possible measure of your mastery level. SmartScore offers superior accuracy in assessing achievement, as it takes several factors into account, including:<br>• number of questions completed<br>• number of questions correct and incorrect<br>• question difficulty<br>**Plus:**<br>• recent answers are weighed more heavily<br>• consistency (correct answers in a row) is rewarded highly<br><br>[Source: https://pro.ixl.com/practice/smartscore]<br><br>IXL LevelUp Diagnostic Technical Manual: "As a student progresses through the assessment, the algorithm updates its estimate of ability and the standard error of this ability estimate each time the student responds to an item using a conventional Bayesian expected a posteriori (EAP) estimation method. ... the algorithm chooses more difficult items as the student answers correctly and less challenging items as the student answers incorrectly."<br><br>As a student progresses through the assessment, the algorithm updates its estimate of ability and the standard error of this ability estimate each time the student responds to an item using a conventional Bayesian *expected a posteriori* (EAP) estimation method. As the algorithm becomes more certain in its running estimate of student ability (as indicated by the decreasing standard error of the estimate), it selects items more suitable to the student's ability estimate. That is, the algorithm chooses more difficult items as the student answers correctly and less challenging items as the student answers incorrectly. This adaptivity reduces the number of items needed to measure math ability, thus increasing test efficiency and improving the test experience.<br><br>[Source: https://www.ixl.com/materials/IXL_LevelUp_Diagnostic_for_Math_Technical_Manual.pdf, p. 30] |

| **Claim Language USPN 11,003,864** | **Accused Product - IXL Learning Platform** |
|---|---|
| | IXL Design Principles: "IXL's SmartScore is 'smart' because it adapts to learners' response patterns. If a student answers a question correctly, they will get a similar or slightly more difficult question next; if they answer incorrectly, they will get an explanation and a chance to try again."<br><br>IXL's SmartScore is "smart" because it adapts to learners' response patterns. If a student answers a question correctly, they will get a similar or slightly more difficult question next; if they answer incorrectly, they will get an explanation and a chance to try again. The same adaptive principle<br><br>[Source: https://www.ixl.com/research/IXL_Design_Principles.pdf, p. 12] |
| [D] and automatically triggering and executing an action on behalf of the analyst, wherein the action is customizable for the analyst; | Accused Feature: Automatic Personalized Skill Recommendations & Customizable Teacher-Set Goals - IXL's AI algorithm automatically triggers and executes actions on behalf of teachers, including generating personalized skill recommendations, adjusting question difficulty, and creating student action plans. These actions are customizable by the teacher-analyst.<br><br>Automatic Action:IXL Diagnostic Page: "IXL automatically creates a personalized learning plan of the exact skills your child is ready to learn next."<br><br>Turn results into real progress<br>IXL automatically creates a personalized learning plan of the exact skills your child is ready to learn next.<br><br>[Source: https://www.ixl.com/diagnostic] |

| **Claim Language USPN 11,003,864** | **Accused Product - IXL Learning Platform** |
| --- | --- |
| | IXL Blog (Create a Personalized Learning Plan): "After your child answers questions in the Real-Time Diagnostic, IXL will create a Diagnostic Action Plan for them!"<br><br>2. Follow the personalized action plan<br><br>After your child answers questions in the Real-Time Diagnostic, IXL will create a Diagnostic Action Plan for them! You can access this plan by selecting the "Print Diagnostic Action Plan" button at the bottom of the Assessment tab.<br><br>The Diagnostic Action Plan will show your child's overall level of knowledge for math and language arts. It also breaks each subject down into specific topic areas, giving you even more insight into how they're doing in each.<br><br>[Source: https://blog.ixl.com/2023/05/25/create-a-personalized-learning-plan-for-your-child/]<br><br>IXL Homepage: "See skill recommendations that help each student fill knowledge gaps and grow from where they are." |

| **Claim Language USPN 11,003,864** | **Accused Product - IXL Learning Platform** |
|---|---|
| | Personalized Guidance<br>See skill recommendations that help each student fill knowledge gaps and grow from where they are.<br>Explore recommendations ><br><br>[Source: https://www.ixl.com/]<br><br>Customizable by Analyst: IXL Blog (Set SmartScore Goals): "You can now set SmartScore goals for your suggested skills directly in IXL! You'll be able to choose whether you want your students to reach a SmartScore of 80, 90, or 100 on their skill assignments."<br><br>This just in: an exciting new way to tailor skill practice to your students' needs. You can now set SmartScore goals for your suggested skills directly in IXL! You'll be able to choose whether you want your students to reach a SmartScore of 80, 90, or 100 on their skill assignments for math, English language arts (ELA), Spanish, and Spanish language arts (SLA). |

| **Claim Language USPN 11,003,864** | **Accused Product - IXL Learning Platform** |
|---|---|
| | [Source: https://blog.ixl.com/2025/04/28/set-smartscore-goals-for-your-suggested-skills/]<br><br>"To further ensure students are working toward appropriate objectives, you can set different SmartScore goals for individual students or specific groups, such as your intervention blocks, advanced learners, or particular courses."<br><br>To further ensure students are working toward appropriate objectives, you can set different SmartScore goals for individual students or specific groups, such as your intervention blocks, advanced learners, or particular courses. Just keep in mind that any goal you set will apply to all of a student's suggested skills per subject.<br><br>[Source: https://blog.ixl.com/2025/04/28/set-smartscore-goals-for-your-suggested-skills/]<br><br>"Setting SmartScore goals for your suggested skills ensures every learner works toward a goal that's right for them."<br><br>Clearly convey class expectations<br><br>Setting SmartScore goals for your suggested skills lets your students know exactly what you expect from them during practice.<br><br>[Source: https://blog.ixl.com/2025/04/28/set-smartscore-goals-for-your-suggested-skills/] |

| | |
|---|---|
| [E] an artificial intelligence learning algorithm accessible by the analyst operable for statistically scoring a plurality of potential artificial intelligence methodologies to be used by the artificial intelligence algorithm, | Accused Feature: IXL AI Learning Model / Adaptive Algorithm Selection - IXL's platform includes an AI learning component that statistically evaluates and scores multiple AI methodologies for assessing student performance. IXL offers multiple AI-based assessment methodologies — including the Real-Time Diagnostic mode, the Benchmark (LevelUp) Diagnostic mode, the Universal Screener, and the SmartScore skill practice algorithm — and statistically scores and selects among these for application to student data.<br><br>IXL LevelUp Diagnostic Technical Manual: The platform applies "a conventional Bayesian expected a posteriori (EAP) estimation method" and evaluates precision using a "conditional standard error of measurement (CSEM)", statistically scoring the algorithm's performance after each item response.<br><br>As a student progresses through the assessment, the algorithm updates its estimate of ability and the standard error of this ability estimate each time the student responds to an item using a conventional Bayesian *expected a posteriori* (EAP) estimation method. As the algorithm becomes<br><br>The assessment is ended for a student when one of the three stopping rule components has been met. The three components of the stopping rule are (1) overall precision, (2) maximum number of items, and (3) maximum amount of time. The stopping rule will end the assessment if the overall precision of the student's ability estimate reaches a prespecified level—specifically, if the ability estimate's conditional standard error of measurement (CSEM) is less than 0.3 logits. In addition, the IXL LevelUp Diagnostic will end when the maximum number of items is reached or the maximum amount of time has passed, provided the CSEM is lower than 0.4 logits.<br><br>[Source: https://www.ixl.com/materials/IXL_LevelUp_Diagnostic_for_Math_Technical_Manual.pdf, p. 30]<br><br>IXL Assessment Suite Overview: The document describes three distinct assessment methodologies:(1) "SCREEN FOR INTERVENTION — IXL's Universal Screener: Accurately identify students in need of extra support in as little as 20 minutes. Designed with the most modern assessment principles, the screeners' advanced algorithm adjusts after each question to quickly pinpoint proficiency levels."(2) "TRACK GROWTH OVER TIME — IXL Diagnostic in Benchmark mode: Create assessment windows to benchmark students' growth in PreK-12 math and ELA."(3) "PERSONALIZE LEARNING — IXL Diagnostic in Real-Time mode: Differentiate your lessons with |

an ongoing, real-time diagnostic. With just 10-15 minutes per week spent in the diagnostic, students' levels and personalized skill recommendations stay up to date." Each mode reflects a distinct AI assessment methodology.

## The IXL Assessment Suite

IXL

Our assessment suite works in concert with the IXL curriculum to give you real-time insight into performance, pinpoint gaps in knowledge, and provide specific next steps to help each student grow.

### SCREEN FOR INTERVENTION

**IXL's Universal Screener:** Accurately identify students in need of extra support in as little as 20 minutes. Designed with the most modern assessment principles, the screeners' advanced algorithm adjusts after each question to quickly pinpoint proficiency levels in K-8 math and reading.

### TRACK GROWTH OVER TIME

**IXL Diagnostic in Benchmark mode:** Create assessment windows to benchmark students' growth in PreK-12 math and ELA. After completing a Benchmark, students can work through their personalized action plans, closing their exact knowledge gaps.

### PERSONALIZE LEARNING

**IXL Diagnostic in Real-Time mode:** Differentiate your lessons with an ongoing, real-time diagnostic. With just 10-15 minutes per week spent in the diagnostic, students' levels and personalized skill recommendations stay up to date. Teachers can use these insights to target their lessons every day.

[Source: https://www.ixl.com/materials/us/Assessment-Suite_Overview.pdf, p. 1]

| **Claim Language USPN 11,003,864** | **Accused Product - IXL Learning Platform** |
|---|---|
| | IXL Design Principles: "IXL uses its proprietary SmartScore, which is a numeric representation of proficiency in a given skill based on students' responses to questions or items making up that skill. The SmartScore quickly adapts to each learner's trajectory, as it incorporates item difficulty, answer accuracy, response patterns, and relative progress on a skill."<br><br>Adaptive Learning<br><br>To assess student progress on each skill, IXL uses its proprietary SmartScore, which is a numeric representation of proficiency in a given skill based on students' responses to questions or items making up that skill. The SmartScore quickly adapts to each learner's trajectory, as it incorporates item difficulty, answer accuracy, response patterns, and relative progress on a skill. It ranges from<br><br>[Source: https://www.ixl.com/research/IXL_Design_Principles.pdf, p. 12] |

| | |
|---|---|
| [F] wherein statistically scoring the plurality of potential artificial intelligence methodologies comprises correlating the data to preexisting statistically scored artificial intelligence methodologies, | Accused Feature: IXL's Use of Preexisting Statistical Models Against Which Incoming Data Is Correlated - IXL's system correlates incoming student response data to preexisting, statistically validated AI models (calibrated item banks and prior response patterns) to score and select the methodology applied to that student's data.<br><br>IXL LevelUp Diagnostic Technical Manual: "When a student begins the assessment, the algorithm's starting rule randomly selects an item within a range of difficulty that varies by grade level. ... As the algorithm becomes more certain in its running estimate of student ability (as indicated by the decreasing standard error of the estimate), it selects items more suitable to the student's ability estimate."<br><br>**Computerized-Adaptive Testing Design & Delivery**<br><br>The IXL LevelUp Diagnostic computerized adaptive testing (CAT) algorithm employs four distinct rules for delivery: (1) a starting rule, (2) a testing rule, (3) a stopping rule, and (4) a final scoring rule. When a student begins the assessment, the algorithm's starting rule randomly selects an item within a range of difficulty that varies by grade level. Each range covers the first quartile to the median difficulty of each grade level's item bank, helping ensure that most students feel successful at the start of the test, regardless of ability.<br><br>As a student progresses through the assessment, the algorithm updates its estimate of ability and the standard error of this ability estimate each time the student responds to an item using a conventional Bayesian *expected a posteriori* (EAP) estimation method. As the algorithm becomes more certain in its running estimate of student ability (as indicated by the decreasing standard error of the estimate), it selects items more suitable to the student's ability estimate. That is, the algorithm chooses more difficult items as the student answers correctly and less challenging items as the student answers incorrectly. This adaptivity reduces the number of items needed to<br><br>[Source: https://www.ixl.com/materials/IXL_LevelUp_Diagnostic_for_Math_Technical_Manual.pdf, pp. 29-30] |

| | |
|---|---|
| | NSCAS Growth Validation Study: "The [IXL Real-Time Diagnostic] uses item response theory to automatically adjust question difficulty based on students' response patterns. The diagnostic provides immediate insights about students' current knowledge levels and, using these results, creates personalized action plans that help students close gaps quickly." The study also found strong correlations (r = .73–.85 in math; r = .65–.83 in ELA) between IXL Diagnostic scores and NSCAS Growth scores, confirming that the diagnostic's IRT-based methodology is calibrated against pre-existing standardized scoring criteria.<br><br>**Executive Summary**<br><br>IXL is an end-to-end teaching and learning solution that engages learners in grades Pre-K through 12 with a comprehensive curriculum and a first-of-its-kind assessment suite. A core component of IXL's assessment suite is the IXL Real-Time Diagnostic, an interim assessment designed to provide students and educators with in-the-moment information about students' subject area knowledge. The diagnostic was designed by a team of educators and subject matter experts, and it uses item response theory to automatically adjust question difficulty based on students' response patterns. The diagnostic provides immediate insights about students' current knowledge levels and, using these results, creates personalized action plans that help students close gaps quickly. |

## Results

### MATH

We found strong, statistically significant positive correlations between IXL Real-Time Diagnostic math scores and NSCAS Growth math scores within each grade level (all *ps* < .001). These correlations are shown in Figure 1.




*Figure 1. Correlations between IXL Real-Time Diagnostic scores in math and NSCAS Growth scale scores in math. All correlations are statistically significant at p < .001.*

| | |
|---|---|
| | [Source: https://www.ixl.com/materials/us/research/Predictive_Validity_of_the_IXL_Real-Time_Diagnostic_Using_the_NSCAS_Growth_Assessments_as_Criterion.pdf, pp. 1-2, 4-5]<br><br>IXL LevelUp Diagnostic Predictive Validity Study (PSSA as Criterion): "The IXL LevelUp Diagnostic for math (LevelUp Math) is designed to assess the math skills that are critical for success in grade-level math content ... a computerized adaptive test (CAT) comprised of questions that adjust to each student's ability. Difficulty increases as students respond correctly and decreases as they respond incorrectly until a stable estimate of ability is obtained."<br><br>A core component of the IXL Assessment Suite is the IXL LevelUp™ Diagnostic, an innovative, just-in-time assessment solution that uniquely connects assessment, insights, and instruction for students in Pre-K through 12th grade. The IXL LevelUp Diagnostic for math (LevelUp Math) is designed to assess the math skills that are critical for success in grade-level math content. LevelUp Math was designed by a team of educators and subject matter experts, and it is a computerized adaptive test (CAT) comprised of questions that adjust to each student's ability. Difficulty increases as students respond correctly and decreases as they respond incorrectly until a stable estimate of ability is obtained. By adapting to each student's ability, a CAT can substantially reduce testing time, increase precision, minimize test-taker fatigue, enhance the testing experience, support repeated testing, and improve test security, among other benefits.<br><br>[Source: https://www.ixl.com/materials/us/research/Predictive_Validity_of_the_IXL_LevelUp_Diagnostic_for_Math_(PSSA_as_a_Criterion).pdf, p. 3]<br><br>Prior student response data (preexisting statistically scored models) are used to calibrate item difficulty and inform ongoing algorithm selection, with each new response correlated against these preexisting parameters. |
| [G] receiving a corresponding | Accused Feature: Teacher Selection of Assessment Mode / SmartScore Goal Level - IXL allows teacher-analysts to select a preferred assessment methodology (e.g., Real-Time Diagnostic mode vs. Benchmark mode vs. Screener), which causes the AI algorithm to utilize the selected methodology going forward. |

| | |
|---|---|
| analyst preference as to the preferred artificial intelligence methodology, and causing the artificial intelligence algorithm to utilize the preferred artificial intelligence methodology, | Teacher Selection of Assessment Mode:IXL Assessment Suite Overview: "IXL Diagnostic in Benchmark mode: Create assessment windows to benchmark students' growth. ... IXL Diagnostic in Real-Time mode: Differentiate your lessons with an ongoing, real-time diagnostic."<br><br>SCREEN FOR INTERVENTION<br>**IXL's Universal Screener:** Accurately identify students in need of extra support in as little as 20 minutes. Designed with the most modern assessment principles, the screeners' advanced algorithm adjusts after each question to quickly pinpoint proficiency levels in K-8 math and reading.<br><br>TRACK GROWTH OVER TIME<br>**IXL Diagnostic in Benchmark mode:** Create assessment windows to benchmark students' growth in PreK-12 math and ELA. After completing a Benchmark, students can work through their personalized action plans, closing their exact knowledge gaps.<br><br>PERSONALIZE LEARNING<br>**IXL Diagnostic in Real-Time mode:** Differentiate your lessons with an ongoing, real-time diagnostic. With just 10-15 minutes per week spent in the diagnostic, students' levels and personalized skill recommendations stay up to date. Teachers can use these insights to target their lessons every day.<br><br>[Source: https://www.ixl.com/materials/us/Assessment-Suite_Overview.pdf, p. 1]<br><br>IXL Diagnostic Assessment Implementation Guide: "IXL for Diagnostic Assessment ... The IXL Flex Diagnostic in Real-Time mode helps you assess your students' grade-level proficiency ... Getting started is simple!" |

| | |
|---|---|
| | **STEPS TO SUCCESSFUL IMPLEMENTATION**<br><br>The IXL Flex Diagnostic in Real-Time mode helps you assess your students' grade-level proficiency in both math and English language arts. Getting started is simple!<br><br>[Source: https://www.ixl.com/materials/i_guides/IXL_for_Diagnostic_Assessment_Implementation_Guide.pdf, p. 1]<br><br>Teacher Selection of SmartScore Methodology:IXL Blog (Set SmartScore Goals): "For math, ELA, Spanish, and SLA you can choose from the following SmartScore goals: SmartScore of 80 (Proficiency) ... SmartScore of 90 (Excellence) ... SmartScore of 100 (Mastery). ... To get started, head to your Profile and settings page. Under Teaching settings, you'll see the option to 'Set SmartScore goal for suggested skills.' ... you can set different SmartScore goals for individual students or specific groups." |

April 28, 2025 | IN THE CLASSROOM, IXL UPDATES




This just in: an exciting new way to tailor skill practice to your students' needs. You can now set SmartScore goals for your suggested skills directly in IXL! You'll be able to choose whether you want your students to reach a SmartScore of 80, 90, or 100 on their skill assignments for math, English language arts (ELA), Spanish, and Spanish language arts (SLA).

To get started, head to your Profile and settings page. Under **Teaching settings**, you'll see the option to "**Set SmartScore goal for suggested skills.**"



| **Claim Language USPN 11,003,864** | **Accused Product - IXL Learning Platform** |
| --- | --- |
| | [Source: https://blog.ixl.com/2025/04/28/set-smartscore-goals-for-your-suggested-skills/]<br><br>IXL Diagnostic Page: "IXL's diagnostic levels and recommendations update continuously as your child learns on IXL."<br><br>Get insights that grow with your child<br>IXL's diagnostic levels and recommendations update continuously as your child learns on IXL, so you always have a clear view of their current progress and how to support them best.<br><br>[Source: https://www.ixl.com/diagnostic] |

| | |
|---|---|
| [H] wherein in response to utilizing the preferred artificial intelligence methodology, the preferred artificial intelligence methodology is included in the preexisting statistically scored artificial intelligence methodologies for processing subsequently received data. | Accused Feature: IXL Continuous Adaptive Learning Loop / Ongoing Incorporation of Selected Methodology - Once a teacher selects a preferred methodology and it is applied to student data, IXL's system incorporates that methodology and its results into the ongoing model used to process subsequent student responses — completing the feedback loop described in the claim.<br><br>IXL Diagnostic Page: "IXL's diagnostic levels and recommendations update continuously as your child learns on IXL, so you always have a clear view of their current progress and how to support them best."<br><br>**Get insights that grow with your child**<br>IXL's diagnostic levels and recommendations update continuously as your child learns on IXL, so you always have a clear view of their current progress and how to support them best.<br><br>[Source: https://www.ixl.com/diagnostic]<br><br>IXL Diagnostic Assessment Implementation Guide: "When students work in IXL skills, their progress is automatically incorporated into their diagnostic levels so that you have a full, meaningful portrait of your students' knowledge."<br><br>**Work on IXL skills regularly**<br>When students work in IXL skills, their progress is automatically incorporated into their diagnostic levels so that you have a full, meaningful portrait of your students' knowledge.<br><br><br>[Source: https://www.ixl.com/materials/i_guides/IXL_for_Diagnostic_Assessment_Implementation_Guide.pdf, p. 3] |

NSCAS Growth Validation Study: "The diagnostic provides immediate insights about students' current knowledge levels and, using these results, creates personalized action plans that help students close gaps quickly." The study's conclusion states: "Keeping diagnostic scores up to date will result in the most accurate IXL skill recommendations for optimal growth, boosting learning throughout the entire academic year." These statements establish that results from each utilization of the Diagnostic methodology are continuously fed back into the system to improve subsequent recommendations.

## Executive Summary

IXL is an end-to-end teaching and learning solution that engages learners in grades Pre-K through 12 with a comprehensive curriculum and a first-of-its-kind assessment suite. A core component of IXL's assessment suite is the IXL Real-Time Diagnostic, an interim assessment designed to provide students and educators with in-the-moment information about students' subject area knowledge. The diagnostic was designed by a team of educators and subject matter experts, and it uses item response theory to automatically adjust question difficulty based on students' response patterns. The diagnostic provides immediate insights about students' current knowledge levels and, using these results, creates personalized action plans that help students close gaps quickly.

| | |
|---|---|
| | **Conclusion**<br><br>In this study, we investigated the predictive validity of the IXL Real-Time Diagnostic using the NSCAS Growth assessments as criterion. We examined test-criterion relationships between IXL's Diagnostic and the NSCAS Growth assessments in math and ELA and found strong correlations between the diagnostic measure and the NSCAS Growth summative assessment in each subject. Coupled with prior examinations of content validity (Bashkov et al., 2021), construct validity (IXL Learning, 2020a), and predictive validity (An, 2022c; IXL Learning, 2020b; Schonberg, 2021a), these findings corroborate a strong program of validity for the IXL Real-Time Diagnostic. As such, we strongly encourage educators in Nebraska to use IXL and its diagnostic with their students to monitor progress between the fall, winter, and spring administrations of the NSCAS Growth assessments. Keeping diagnostic scores up to date will result in the most accurate IXL skill recommendations for optimal growth, boosting learning throughout the entire academic year.<br><br>[Source: https://www.ixl.com/materials/us/research/Predictive_Validity_of_the_IXL_Real-Time_Diagnostic_Using_the_NSCAS_Growth_Assessments_as_Criterion.pdf, pp. 1, 6]<br><br>IXL Design Principles: "IXL's personalized guidance promotes students' ownership of learning ... personalized guidance gives students enough information that they can make informed decisions about their own learning moving forward." |

IXL Design Principles

recommend the skills students should study next in order to move forward and maximize learning gains. Furthermore, IXL's personalized guidance promotes students' ownership of learning by offering students choice. Instead of locking students into a path based on prior performance, personalized guidance gives students enough information that they can make informed decisions about their own learning moving forward. This feature was inspired by the literature on active learning which we revisit in more detail later.

[Source: https://www.ixl.com/research/IXL_Design_Principles.pdf, p. 4]

IXL SmartScore (pro.ixl.com): "SmartScore is evaluating your learning every time you sit down to practice. This means that you can always revisit past skills and get instant updates on your progress and retention."

**Learners are constantly reassessed.**

SmartScore is evaluating your learning every time you sit down to practice. This means that you can always revisit past skills and get instant updates on your progress and retention.

[Source: https://pro.ixl.com/practice/smartscore]

IXL LevelUp Diagnostic Technical Manual: The algorithm "updates its estimate of ability and the standard error of this ability estimate each time the student responds to an item" — meaning each newly utilized methodology result is incorporated into the model used to process subsequent responses.

| Claim Language USPN 11,003,864 | Accused Product - IXL Learning Platform |
|---|---|
| | As a student progresses through the assessment, the algorithm updates its estimate of ability and the standard error of this ability estimate each time the student responds to an item using a conventional Bayesian *expected a posteriori* (EAP) estimation method. As the algorithm becomes more certain in its running estimate of student ability (as indicated by the decreasing standard error of the estimate), it selects items more suitable to the student's ability estimate. That is, the algorithm chooses more difficult items as the student answers correctly and less challenging items as the student answers incorrectly. This adaptivity reduces the number of items needed to measure math ability, thus increasing test efficiency and improving the test experience.<br><br>[Source: https://www.ixl.com/materials/IXL_LevelUp_Diagnostic_for_Math_Technical_Manual.pdf, p. 30] |