# EXHIBIT E

# EXHIBIT E
# U.S. PATENT NO. 10,452,698

| **Claim Language USPN 10,452,698** | **Accused Product - Wyzant Tutoring Marketplace** |
|---|---|
| 1. [P] An unstructured data analytics system, comprising: | Wyzant Tutoring Marketplace is a marketplace that analyzes tutor data, such as biographical information, photographs, resumes, and other tutor data ("unstructured data").<br><br><br>http://www.wyzant.com |

| **Claim Language USPN 10,452,698** | **Accused Product - Wyzant Tutoring Marketplace** |
| --- | --- |
| | Registering is easy! Just head to the Wyzant Tutor Sign Up page and follow seven simple steps. You'll receive a response to your registration after it has been evaluated by the team at Wyzant.<br><br>1. Choose the subjects you'd like to tutor.<br>2. Enjoy a brief rundown of how the relationship works between tutors and Wyzant.<br>3. Write your Free Response, providing detailed information about yourself, including any relevant tutoring or teaching experience, degrees, licenses, and certifications, educational history, etc. It is important to be **specific** about your experience.<br>4. Provide a mailing address, hourly rate, and travel radius for in-person lessons in the appropriate fields.<br>5. Personalize your profile. It's a good practice to upload a photo, create an eye-catching headline, and include information about your education and certifications in the appropriate fields.<br>6. Read and agree to the Independent Tutor Agreement.<br>7. Verify your email address.<br><br>Once your registration is approved, your profile will become active and you'll be ready to tutor any subject in which you've gained approval. For more answers to frequently asked questions about registration, feel free to review this article.<br><br>[Source: https://support.wyzant.com/tutors/tutor-account/how-do-i-register-to-be-a-tutor-listed-on-wyzant/] |
| [A] an unstructured data analytics algorithm resident on a server and accessible via a browser operable for receiving unstructured data from one or more remote sources, applying one or more analytical tools to the unstructured data, and displaying | Wyzant includes an algorithm that receives the tutor data ("unstructured data"), analyzes the tutor data, and displays tutor profiles ("summary information") to students ("a plurality of users"). |

| **Claim Language USPN 10,452,698** | **Accused Product - Wyzant Tutoring Marketplace** |
|---|---|
| summary information to a plurality of users; | <br>Get more students by understanding the algorithm.<br>Home › Tutors › Jobs › Get more students by understanding the algorithm.<br>We work hard to connect tutors with thousands of new tutoring opportunities each day. Many tutors are able to build their businesses to great heights on the platform, but at the same time, a lot of tutors struggle to gain traction. The good news is that your success using Wyzant is in your control.<br>The best way to generate new opportunities is to rank highly in Wyzant's search results. In fact, over 80% of new student requests go to tutors on the first page of search results. There are a variety of factors that go into determining a tutor's rank, and my view is that the more transparent we can be with you about how this algorithm works, the better.<br>Simply put, **the more hours you log on our platform, the higher you'll rank in the search results**. Note, there's a significant "recency" factor here: lessons you log in the last few months are weighted much more than tutoring logged six months ago or longer.<br>I'm aware that this creates a fundamental chicken or egg problem: if you need to rank well to get students, but you need students in order to rank well, how do you get started? This blog contains a number of simple, practical tips that should help both new and established tutors alike. Also, I recognize that tutors new to Wyzant have an even more uphill battle as they try to secure their first students without any testimonials on their profile or a history of performance on the platform.<br><br>[Source: https://support.wyzant.com/tutors/jobs/get-more-students-by-understanding-the-algorithm/]<br><br>Wyzant includes a "relevant data engine" that receives the tutor data ("unstructured data"), analyzes the tutor data, and displays specific information selected form tutor profiles ("summary information") to students ("a plurality of users"). |

| Claim Language USPN 10,452,698 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| | While tutors have been adding subject specific titles and qualifications over the last few months, our product and engineering team has been hard at work improving how the tutor search works on Wyzant in order to better highlight your *relevant* experience and information, even for queries that aren't official Wyzant subjects.<br><br>Internally, we refer to this as our "relevant data engine." This technology looks at all of your content including subject qualifications, titles, and profile description. It then identifies the most relevant content based on the search query and pulls it into the search results while highlighting the matching keywords. Tutors with more relevant content will additionally benefit from **a boost in overall search rank**, increasing the likelihood that high ranking tutors will not only look relevant, but will be those most able to address a student's specific need.<br><br>Assuming you have created multiple subject specific titles, our relevant data engine will also select the profile title that we show in the search results to better match the search query. If we go back to the previous example of "*Trained classical pianist also offering Photoshop, ESL and Spanish lessons*," this tutor can now create multiple profile titles - ideally one for each subject - and thus avoid that "jack of all trades" problem.<br><br>Some tutors, like Norma B. below, are already taking advantage of our relevant data engine. **Here are some examples of Norma's profile, with titles and qualifications specific to the subject being searched:**<br><br>[Source: https://www.wyzant.com/blog/tutor/the-importance-of-relevance/] |
| [B] wherein the summary information is displayed to the | Wyzant Tutoring Marketplace displays the tutor profiles ("summary information") to students ("plurality of users") in search results ("presentation layer"), filtered search results ("exploration layer") and student reviews ("annotation layer"). |

| Claim Language USPN 10,452,698 | Accused Product - Wyzant Tutoring Marketplace |
| --- | --- |
| plurality of users in a presentation layer, an exploration layer, and an annotation layer; | How to search for a tutor<br><br>1. On Wyzant.com, enter the subject you want to learn and click **Search.**<br>2. Find a tutor who meets your needs from the search results page. You can message tutors from their profiles.<br><br>[Source: https://support.wyzant.com/students-parents/find-a-tutor/how-do-i-find-a-tutor/] |

| Claim Language USPN 10,452,698 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| |  <br>[Source; https://www.wyzant.com/match/search] |

| Claim Language USPN 10,452,698 | Accused Product - Wyzant Tutoring Marketplace |
| --- | --- |
| | <br><br>[Source: https://support.wyzant.com/students-parents/find-a-tutor/how-do-i-find-a-tutor/] |

| Claim Language USPN 10,452,698 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| | <br><br>[Source: https://www.wyzant.com/match/search?sort=1&page_size=10&keyword=Calculus&is_online=true&zip=10001&time_zone_name=America%2FChicago&currency_code=USD&st=2&ixl_certified=true&max_price=175&min_price=10] |

| Claim Language USPN 10,452,698 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| | |

## How do I write a review of my tutor?

Home › Students & Parents › Lessons › How do I write a review of my tutor?

Once you've logged in, head to the My Tutors page under your **My Account** menu. You'll have the ability to write a custom review for any tutor with whom you've had at least one lesson. Just find the tutor you'd like to review and click **Write Review**.

### Tutor connections

View more information about your tutor connections and submit feedback, run a background check, or send an email. If you don't intend to work with a tutor, you can hide the tutor from your active list.

| Tutor | Last Lesson | Feedback | Background Check | Show All |
|---|---|---|---|---|
| Katherine M. | 3/22/2021 | Write Review | Not on file \| Order now | ☐ hide |

Your review will be displayed publicly on the tutor's profile after it has been reviewed by Wyzant. Reviews can be added up to **14 days** after your tutor has submitted your lesson.

If you forgot to write a review and want to submit one after the 14-day cutoff, please email your review and title to support@wyzant.com or click the orange **Support** button at the bottom of this page. Be sure to include the name of your tutor.

For additional guidelines on writing your review, you are welcome to review this article: Tutor Review Posting Guidelines

If you're planning to write a review of Wyzant rather than a specific tutor, visit the Student Reviews of Wyzant page and click the orange **Write A Review** button.

For information on how to provide a star rating for a lesson, check out this article.

[Source: https://support.wyzant.com/students-parents/lessons/how-do-i-write-a-review-of-my-tutor/]

<table>
<tr><th>Claim Language USPN 10,452,698</th><th>Accused Product - Wyzant Tutoring Marketplace</th></tr>
<tr><td>[C] wherein the presentation layer displays one or more of the unstructured data, a summary of the unstructured data, and the summary information;</td><td>The search of Wyzant Tutor Marketplace displays the tutor data (“unstructured data”), abbreviated tutor profile (“summary of unstructured data”), and the tutor profile (“summary information”).<br>




[Source; https://www.wyzant.com/match/search]</td></tr>
</table>

| Claim Language USPN 10,452,698 | Accused Product - Wyzant Tutoring Marketplace |
| --- | --- |
| | <br><br>[Source: https://www.wyzant.com/match/tutor/89659451/?onlineOnly=false&search_term=Calculus&search_id=963c1dae-8446-461d-89c0-abfacc0e1e87] |
| [D] wherein the exploration layers allows the plurality | The filtered search of the Wyzant Tutor Marketplace allows students ("the plurality of users") to modify the granularity of the presented tutor profiles ("summary information"), thereby "modifying the granularity of the presentation layer." |

| Claim Language USPN 10,452,698 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| of users to modify the granularity of the summary information, thereby modifying the granularity of the presentation layer. |  <br><br>[Source: https://www.wyzant.com/match/search?sort=1&page_size=10&keyword=Calculus&is_online=true&zip=10001&time_zone_name=America%2FChicago&currency_code=USD&st=2&ixl_certified=true&max_price=175&min_price=10] |
| [E] wherein the plurality of users can | Students ("the plurality of users") of the Wyzant Tutor Marketplace can simultaneously interact with review section ("annotation layer" of the marketplace to review and rate ("annotating") the tutor data ("unstructured data"), |

| Claim Language USPN 10,452,698 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| interact with the unstructured data analytics system simultaneously via the annotation layer operable for annotating the one or more of the unstructured data, a summary of the unstructured data, and the summary information, wherein annotations made by one of the plurality of users are accessible to others of the plurality of users via the annotation layer | abbreviated tutor profile ("summary of unstructured data"), and the tutor profile ("summary information"). A student's ("one of the plurality of users") review and rating ("annotations") of a tutor are accessible to other students (others of the plurality of users) via the review section of the Wyzant Tutor Marketplace.<br><br>How do I write a review of my tutor?<br>Home › Students & Parents › Lessons › How do I write a review of my tutor?<br>Once you've logged in, head to the My Tutors page under your **My Account** menu. You'll have the ability to write a custom review for any tutor with whom you've had at least one lesson. Just find the tutor you'd like to review and click **Write Review**.<br>Tutor connections<br>View more information about your tutor connections and submit feedback, run a background check, or send an email. If you don't intend to work with a tutor, you can hide the tutor from your active list.<br>Tutor \| Last Lesson \| Feedback \| Background Check \| Show All<br>Katherine M. \| 3/22/2021 \| Write Review \| Not on file \| Order now \| hide<br>Your review will be displayed publicly on the tutor's profile after it has been reviewed by Wyzant. Reviews can be added up to **14 days** after your tutor has submitted your lesson.<br>If you forgot to write a review and want to submit one after the 14-day cutoff, please email your review and title to support@wyzant.com or click the orange **Support** button at the bottom of this page. Be sure to include the name of your tutor.<br>For additional guidelines on writing your review, you are welcome to review this article: Tutor Review Posting Guidelines<br>If you're planning to write a review of Wyzant rather than a specific tutor, visit the Student Reviews of Wyzant page and click the orange **Write A Review** button.<br>For information on how to provide a star rating for a lesson, check out this article. |

| Claim Language USPN 10,452,698 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| | [Source: https://support.wyzant.com/students-parents/lessons/how-do-i-write-a-review-of-my-tutor/] |




There are a few different ways to rate a lesson. You can rate individual lessons via an email you'll receive following each lesson. Select a rating within the email — from one to five stars — and that's that.

You can also rate lessons and change your ratings by visiting the Lessons page on Wyzant. Hover over the stars in the **Rating** column and click your desired amount of stars. You have 14 days to submit your rating following each lesson.

| Subject | Date Paid | Lesson Price | Service Fee | Rating | Lesson Summary |
|---|---|---|---|---|---|
| Marketing | 12/22/2023 | $68.75 | $6.19 | ★★★★★ | - |

If you would like to change a rating for a lesson that happened over 14 days ago, contact Customer Support by clicking the orange **Support** button at the bottom of this page. Be sure to tell us if you would like to remove the rating altogether, or if you would like to change the number of stars you provided!

For information on how to leave a written review for your tutor, check out this article.

[Source: https://support.wyzant.com/students-parents/lessons/how-do-i-rate-a-lesson/]



**Questions? Contact Nicholas before you book.**

Contact Nicholas

Response time: 4 hours

## Ratings and Reviews

Rating

★★★★★ **5.0** (323 ratings)

| | |
|---|---|
| **5 star** | (323) |
| **4 star** | (0) |
| **3 star** | (0) |
| **2 star** | (0) |
| **1 star** | (0) |

Reviews

**Exceptionally talented teacher!**
Mr. Nicholas P. is a very devoted and knowledgeable teacher. He has made learning AP Physics 1 simpler and more affordable for my daughter. He is very patient, passionate, and takes the time to explain everything clearly. He's also very flexible with scheduling. He's a genius and I highly recommend him and I'm confident that he will help her excel!
— Jewel, 56 lessons with Nicholas

**Very patient and knowledgeable tutor**
Nicholas has been very helpful for clarifying concepts and working out problems on AP physics with my daughter. He's very intelligent and patient, knows the subject and has given my daughter a lot of confidence going into her exams. I would highly recommend him.
— Irna, 2 lessons with Nicholas

| Claim Language USPN 10,452,698 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| | [Source: https://www.wyzant.com/match/tutor/89659451/?onlineOnly=false&search_term=Calculus&search_id=963c1dae-8446-461d-89c0-abfacc0e1e87]<br><br>The Ratings and Reviews portions of a tutor profile is modified form the user ratings and reviews.<br><br>The list of tutors a student sees changes based on that student's specific search criteria. However, there are a few things that tutors can do to place competitively in search results:<br>▪ **Be responsive.** The most successful tutors listed on Wyzant respond to students in fewer than 6 hours. Answering new student requests quickly, even if you tell the student that you can't help them at this time, will improve your ranking.<br>▪ **Spend time on your profile and messages with students.** Your profile should make a good first impression on students with a great photo, thoughtful and informative Free Response, and details about your experience and subject qualifications. Make sure each request you apply to is friendly and includes how you can specifically help that student. It also helps to be flexible and accommodating to a student's specific needs.<br>▪ **Use your network of friends and family.** We make it easy for you to promote your profile via email and social media with our Referral Program. If a new student signs up with your link, you'll keep 100% of your rate for every lesson with that student. Please note, students will still be charged the standard service fee per lesson.<br>▪ **Ask students to add ratings and reviews.** Every star rating helps! Additionally, ask any current Wyzant students to write a review for your profile. Their published review can help you attract more students. To ask for reviews, visit your Student Connections page and click **Request** near the student's name in the Review column.<br><br>[Source: https://support.wyzant.com/tutors/tutor-home/how-can-i-appear-higher-in-search-results-and-get-more-students/] |

| Claim Language USPN 10,452,698 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| | What are star ratings and reviews?<br>How are my ratings calculated?<br>What can I do about a low lesson rating?<br>What can I do about a negative written review from a student?<br>How do testimonials work?<br><br>**What are star ratings and reviews?**<br><br>Getting positive feedback from students is a great way to improve your ranking and visibility on Wyzant. Students you work with on Wyzant can provide feedback, which helps potential students know more about you, and can help you fine-tune your tutoring.<br><br>Students can leave feedback 2 ways:<br>▪ **Star Ratings**: Star ratings are a simple system of "grading" specific lessons. Students have 14 days from when you submit a lesson to add or edit a star rating. Ratings can range from 5 (*Excellent*) to 1 (*Poor).* Your public profile will display your average star rating, as well as a breakdown of how many ratings you've received.<br>▪ **Written Reviews**: Students can also write reviews about their overall experience with you. Like star ratings, students have 14 days from when you submit a lesson to provide written feedback. These reviews are closely monitored by our Review Team, who checks all submitted reviews for appropriate content and relevance to tutoring. Tutors also have the ability to respond to written feedback.<br><br>Wyzant publishes all student feedback, so long as it's relevant to the student's experience working with their tutor. If you ever have questions or concerns about the feedback you've received or would like to know how to have feedback removed from your profile, you can contact Customer Support for assistance. You can also manage your reviews and ratings by logging into your account and going to your Feedback page.<br><br>*Back to top*<br><br>**How are my ratings calculated?**<br><br>Your star rating is an average of the ratings you've received for lessons. It's rounded to the nearest tenth and is refreshed daily.<br><br>*Back to top*<br><br>[Source: https://support.wyzant.com/tutors/tutor-home/reviews-and-star-ratings-tutor-faqs/#2] |