# EXHIBIT F

# EXHIBIT F
# U.S. PATENT NO. 10,592,480

| **Claim Language USPN 10,592,480** | **Accused Product - Wyzant Tutoring Marketplace** |
|---|---|
| 1. [P] A method for determining a relatedness of content items to categories, the method comprising: | Wyzant Tutoring Marketplace is a marketplace that determines the relatedness of tutor profiles (the "content items") to subjects "categories" (287 official subjects) in order to rank and surface tutors in response to student search queries.   http://www.wyzant.com |

<table>
<tr><th>Claim Language USPN 10,592,480</th><th>Accused Product - Wyzant Tutoring Marketplace</th></tr>
<tr><td></td><td>


How does Wyzant work?

Home › Students & Parents › Find a Tutor › How does Wyzant work?

Wyzant is the best way to learn anything. To get started, use our search page and filters based on your tutoring needs, and Wyzant will list the experts best equipped to help you. From there, review their credentials, read reviews from students who've worked with them, and view their schedules. You can also see if they've had a background check and request one if they haven't, or request an updated background check.

When you find a tutor you'd like to work with, send them a message through Wyzant's desktop site or mobile apps. Messaging is easy and instant. Once you've added a method of payment, you're ready to continue your conversation and book your lessons!

By the way, **you either love your first lesson or it's free**, thanks to our Good Fit Guarantee (see terms for the details).

You can learn in-person at home, at a coffee shop, or online in the comfort of your slippers. Payments are hassle-free: you only pay after you've had a lesson, unless you choose to pre-pay for an Instant Book lesson, and Wyzant processes everything for you using Secure Socket Layer (SSL) encryption for transmissions.

Get started!

[Source: https://support.wyzant.com/students-parents/find-a-tutor/how-does-wyzant-work/]
</td></tr>
<tr><td>[A] pre-processing content to obtain information in the content, classify the content as pertaining to one or more categories based on the information, and organizing the content in terms of relevancy to categories;</td><td>Wyzant pre-processes tutor profile “content” (subject qualifications, titles, profile description) to classify it as pertaining to one or more official subjects (“categories” and organizes tutors in search results by relevancy to these subjects (“categories”) for searching by students. Wyzant describes this pre-processing system explicitly as its "relevant data engine."</td></tr>
</table>

| Claim Language USPN 10,592,480 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| | By adding rich, detailed subject descriptions and titles, you can speak to your specific areas of expertise *within* or *related* to each official subject. In doing so, you'll naturally mention many of the keywords that people are searching for.<br><br>While tutors have been adding subject specific titles and qualifications over the last few months, our product and engineering team has been hard at work improving how the tutor search works on Wyzant in order to better highlight your *relevant* experience and information, even for queries that aren't official Wyzant subjects.<br><br>Internally, we refer to this as our "relevant data engine." This technology looks at all of your content including subject qualifications, titles, and profile description. It then identifies the most relevant content based on the search query and pulls it into the search results while highlighting the matching keywords. Tutors with more relevant content will additionally benefit from **a boost in overall search rank**, increasing the likelihood that high ranking tutors will not only look relevant, but will be those most able to address a student's specific need.<br><br>[Source: http://support.wyzant.com/tutors/subjects/the-importance-of-relevance-in-our-search-results/] |

| Claim Language USPN 10,592,480 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| | Here's why: while technically Wyzant offers 287 different subjects that you can submit lessons and write qualifications and titles for, in practice the number of skills and subject areas students are learning is nearly infinite. In fact, students search *over 12,000 unique queries every month.*<br><br>For example, here is a random list of 50 search queries students have performed on Wyzant. Bold font indicates a subject we officially offer through the platform:<br><br>**European history** / Health science<br>Biomedical / **Financial Accounting**<br>Molecular biology / Youtube<br>Act STEM / Percussionist<br>Writing for communication / Med surg<br>International management / Monetary economics<br>**History** / **Chemistry**<br>EMT exam / Precalculus & AP Physics<br>Physics E&M / **SPSS**<br>**R** / Adobe<br>**Python** / Supply chain management<br>Precalculus algebra / React<br>Debate / Cardiology<br>**Algebra** / Adwords<br>Pivot table / **USMLE** |

| Claim Language USPN 10,592,480 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| | [Source: http://support.wyzant.com/tutors/subjects/the-importance-of-relevance-in-our-search-results/] |
| [B] identifying a particular content item of the pre-processed content, a relevancy score associated with the particular content item, and a set of categories to which the particular content item is classified as related; | Wyzant identifies each tutor profile ("particular content item"), a search relevancy rank ("relevancy score"), and subjects ("a set of categories") to which the tutor profile is classified as related.<br><br>Each Wyzant tutor profile (the "particular content item") is associated with a search relevancy ranking (the "relevancy score") based on, *inter alia*, 287 specific subjects ("a set of categories). The profile ("particular content item") is classified as related to a set of official subjects ("categories").<br><br>With the rise of online tutoring, students are now no longer limited by geography and can choose from tutors across the country. This is really exciting because it greatly improves the opportunity to create better tutor and student connections; having previously tutored for many years myself, I've seen first hand how powerful one-to-one learning can be, especially when there's that perfect fit between the tutor and student. However, this increased selection with online tutoring also exacerbates the issues with relevance for tutors who want to offer multiple subjects. So what are some ways to enhance that relevance and help grow your business?<br><br>You may have noticed our many requests over the past few months for you to add subject specific titles and qualifications. **With online tutoring, it's now more critical than ever that you update this information in order to continue to rank highly and convert students.**<br><br>Here's why: while technically Wyzant offers 287 different subjects that you can submit lessons and write qualifications and titles for, in practice the number of skills and subject areas students are learning is nearly infinite. In fact, students search *over 12,000 unique queries every month.*<br><br>[Source: http://support.wyzant.com/tutors/subjects/the-importance-of-relevance-in-our-search-results/} |

| **Claim Language USPN 10,592,480** | **Accused Product - Wyzant Tutoring Marketplace** |
|---|---|
| | <br>How does Wyzant work?<br>Home › Students & Parents › Find a Tutor › How does Wyzant work?<br>Wyzant is the best way to learn anything. To get started, use our search page and filters based on your tutoring needs, and Wyzant will list the experts best equipped to help you. From there, review their credentials, read reviews from students who've worked with them, and view their schedules. You can also see if they've had a background check and request one if they haven't, or request an updated background check.<br><br>[Source: http://support.wyzant.com/students-parents/find-a-tutor/how-does-wyzant-work/] |
| [C] based on probability values in a set of glossaries associated with the set of categories, calculating, at a computer, a set of affinity scores that each represents a degree of relevancy between the particular content item and a category in the set of categories, wherein each glossary associated with a particular category in the set of categories comprises a set of | Wyzant Tutoring Marketplace provides a search for tutors that matches one or more keywords ("set of words"). The tutor search results ("particular content item") may be ranked by "Best Match" based on a proprietary algorithm determination ("affinity score") that "represents a degree of relevancy between the particular content item and a subject ("category in the set of categories"). The algorithm determination ("affinity score") includes a number of factors, including the keywords ("a set of words"). |

| Claim Language USPN 10,592,480 | Accused Product - Wyzant Tutoring Marketplace |
| --- | --- |
| words and a corresponding set of glossary word scores that represent the probability values that given content items are related to the particular category when the content items contain the word associated with the glossary word score; | How to search for a tutor<br><br>1. On Wyzant.com, enter the subject you want to learn and click **Search.**<br>2. Find a tutor who meets your needs from the search results page. You can message tutors from their profiles.<br>3. Use the filtering options on the left side of your search results page. When you're exploring your options for the perfect tutor, you can customize your tutor search with a variety of options, including Subject, Hourly Rate, tutors opted into Instant Book, Online/In-person, Distance, Tutor Credentials, Additional languages spoken, Student's level, and Tutor age.<br><br>[Source: https://support.wyzant.com/students-parents/find-a-tutor/how-do-i-find-a-tutor] |

| Claim Language USPN 10,592,480 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| | <br>**Get more students by understanding the algorithm.**<br>Home › Tutors › Jobs › Get more students by understanding the algorithm.<br>We work hard to connect tutors with thousands of new tutoring opportunities each day. Many tutors are able to build their businesses to great heights on the platform, but at the same time, a lot of tutors struggle to gain traction. The good news is that your success using Wyzant is in your control.<br>The best way to generate new opportunities is to rank highly in Wyzant's search results. In fact, over 80% of new student requests go to tutors on the first page of search results. There are a variety of factors that go into determining a tutor's rank, and my view is that the more transparent we can be with you about how this algorithm works, the better.<br>Simply put, **the more hours you log on our platform, the higher you'll rank in the search results**. Note, there's a significant "recency" factor here: lessons you log in the last few months are weighted much more than tutoring logged six months ago or longer.<br>I'm aware that this creates a fundamental chicken or egg problem: if you need to rank well to get students, but you need students in order to rank well, how do you get started? This blog contains a number of simple, practical tips that should help both new and established tutors alike. Also, I recognize that tutors new to Wyzant have an even more uphill battle as they try to secure their first students without any testimonials on their profile or a history of performance on the platform.<br>It's important to first have a basic understanding of how the algorithm works. The two most important algo factors are **conversion** and **retention**.<br><br>[Source: https://support.wyzant.com/tutors/jobs/get-more-students-by-understanding-the-algorithm]<br><br>Wyzant uses "glossaries associated with the set of categories" in the determination by the algorithm ("affinity score"), such that "each glossary associated with a particular category in the set of categories comprises a set of words and a corresponding set of glossary word scores that represent the probability values that given content items are related to the particular category when the content items contain the word associated with the glossary word score." The searches on Wyzant Tutoring Marketplace may include keywords ("a set of words") that are associated with a subject ("particular category."): |

| Claim Language USPN 10,592,480 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| | Here's why: while technically Wyzant offers 287 different subjects that you can submit lessons and write qualifications and titles for, in practice the number of skills and subject areas students are learning is nearly infinite. In fact, students search *over 12,000 unique queries every month.*<br><br>For example, here is a random list of 50 search queries students have performed on Wyzant. Bold fon indicates a subject we officially offer through the platform: |

| | |
|---|---|
| **European history** | Health science |
| Biomedical | **Financial Accounting** |
| Molecular biology | Youtube |
| Act STEM | Percussionist |
| Writing for communication | Med surg |
| International management | Monetary economics |
| **History** | **Chemistry** |
| EMT exam | Precalculus & AP Physics |
| Physics E&M | **SPSS** |
| **R** | Adobe |
| **Python** | Supply chain management |
| Precalculus algebra | React |
| Debate | Cardiology |
| **Algebra** | Adwords |
| Pivot table | **USMLE** |
| Probability and Statistics | **NCLEX** |
| **Spanish** | NASM |
| Economics grad application | Probability Statistics |

| | |
|---|---|
| **Chemistry** | Professional Engineering Civil |
| **Drums** | **MATLAB** |
| SAT and Math | Reading class for 4th grade |
| **Japanese** | Mental Health Counseling |
| Statistics Honors | Private equity |
| Machine learning | **Common Core** |
| **GED** | Calc BC |

The first immediate takeaway from the above list is that the majority of searches don't perfectly match official Wyzant subjects. The other important thing to note is that the vast majority of the search queries are, however, *related* to official subjects. As you can see below, the search for "med surg" has seven subjects that are related to it:




*The size of the circle indicates how strong our official subject relates to the search.*

| Claim Language USPN 10,592,480 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| | [Source: https://www.wyzant.com/blog/tutor/the-importance-of-relevance/]<br><br>The search results use keyword relevance ("glossary word scores") that "represent the probability values that given" keywords ("content items") are related to the particular subject ("category") when the tutor profiles ("content items") contain the word associated with the keyword relevance ("glossary word score"):<br><br>While tutors have been adding subject specific titles and qualifications over the last few months, our product and engineering team has been hard at work improving how the tutor search works on Wyzant in order to better highlight your *relevant* experience and information, even for queries that aren't official Wyzant subjects.<br><br>Internally, we refer to this as our "relevant data engine." This technology looks at all of your content including subject qualifications, titles, and profile description. It then identifies the most relevant content based on the search query and pulls it into the search results while highlighting the matching keywords. Tutors with more relevant content will additionally benefit from **a boost in overall search rank**, increasing the likelihood that high ranking tutors will not only look relevant, but will be those most able to address a student's specific need.<br><br>Assuming you have created multiple subject specific titles, our relevant data engine will also select the profile title that we show in the search results to better match the search query. If we go back to the previous example of "*Trained classical pianist also offering Photoshop, ESL and Spanish lessons*," this tutor can now create multiple profile titles - ideally one for each subject - and thus avoid that "jack of all trades" problem.<br><br>[Source: https://www.wyzant.com/blog/tutor/the-importance-of-relevance/]<br><br>The Wyzant algorithm determinations ("affinity scores") use "a set of words and a corresponding set of glossary word scores that represent the probability values that given content items are related to the particular category when the content items contain the word associated with the glossary word score." |

| Claim Language USPN 10,592,480 | Accused Product - Wyzant Tutoring Marketplace |
|---|---|
| | For example, a search for the words "chemistry enzyme" returns 5206 results, whereas a search for the term "biology enzyme" returns 7 results: |




[Source: https://www.wyzant.com/match/search?sort=1&page_size=10&time_zone_name=America%2FChicago&keyword=enzyme+chemistry&is_online=true&zip=10001&currency_code=USD&subject-was-verified=false]

<table>
<tr><th>Claim Language<br>USPN 10,592,480</th><th>Accused Product - Wyzant Tutoring Marketplace</th></tr>
<tr><td></td><td>


<br><br>
[Source:<br>
https://www.wyzant.com/match/search?sort=1&page_size=10&time_zone_name=America%2FChicago&keyword=biology+enzyme&is_online=true&zip=10001&currency_code=USD&subject-was-verified=false]
<br><br>
The results in the searches in the Wyzant Tutoring Marketplace are different based on “a set of words and a corresponding set of glossary word scores that represent the probability values that given content items are related to the particular category when the content items contain the word associated with the glossary word score.” The algorithm determination (“affinity score… represents degree of relevancy between the particular content item and a category in the set of categories”) is different based on the keywords associated with a subject (“glossary associated with a particular category in the set of categories comprises a set of words and a corresponding set of glossary word scores). The algorithm output (“set of affinity scores”) is based on the “probability value that a given content items are related to the particular category when the content items contain the word associated with the glossary word score.”
</td></tr>
</table>

| **Claim Language USPN 10,592,480** | **Accused Product - Wyzant Tutoring Marketplace** |
| --- | --- |
| [D] modifying the relevancy score associated with the particular content item based on the calculated set of affinity scores. | Wyzant modifies each tutor's search relevancy score (rank in the search results) based on the calculated affinity scores — i.e., how relevant the tutor's profile content is to the words ("set of words") and subjects ("categories") matching the student's query.<br><br>While tutors have been adding subject specific titles and qualifications over the last few months, our product and engineering team has been hard at work improving how the tutor search works on Wyzant in order to better highlight your *relevant* experience and information, even for queries that aren't official Wyzant subjects.<br><br>Internally, we refer to this as our "relevant data engine." This technology looks at all of your content including subject qualifications, titles, and profile description. It then identifies the most relevant content based on the search query and pulls it into the search results while highlighting the matching keywords. Tutors with more relevant content will additionally benefit from **a boost in overall search rank**, increasing the likelihood that high ranking tutors will not only look relevant, but will be those most able to address a student's specific need.<br><br>Assuming you have created multiple subject specific titles, our relevant data engine will also select the profile title that we show in the search results to better match the search query. If we go back to the previous example of "*Trained classical pianist also offering Photoshop, ESL and Spanish lessons*," this tutor can now create multiple profile titles – ideally one for each subject – and thus avoid that "jack of all trades" problem.<br><br>[Source: http://support.wyzant.com/tutors/subjects/the-importance-of-relevance-in-our-search-results]<br><br>For example, a search for "calculus" provides 4,133 tutor results, whereas a search for the phrase "infinitesimal calculus" provides only 1 tutor from the initial 4,133 tutor results: |

| **Claim Language USPN 10,592,480** | **Accused Product - Wyzant Tutoring Marketplace** |
|---|---|
| |  <br><br>[Source: https://www.wyzant.com/match/search?sort=1&page_size=10&time_zone_name=America%2FChicago&keyword=calculus&is_online=true&zip=10001&currency_code=USD&subject-was-verified=false] |

<table>
<tr><th>Claim Language<br>USPN 10,592,480</th><th>Accused Product - Wyzant Tutoring Marketplace</th></tr>
<tr><td></td><td>



[Source: https://www.wyzant.com/match/search?sort=1&page_size=10&time_zone_name=America%2FChicago&keyword=infinitesimal+Calculus&is_online=true&zip=10001&currency_code=USD&subject-was-verified=false]
</td></tr>
</table>