**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ESW OPERATIONS, LLC, and AUREA SOFTWARE, LLC, | ) | |
| Plaintiffs, | ) | C.A. No. 26-1067-CFC |
| v. | ) | |
| IXL LEARNING, INC. and WYZANT, INC., | ) | |
| Defendants. | ) | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants IXL Learning, Inc. ("IXL") and Wyzant, Inc. ("Wyzant"), state the following:

IXL does not have a parent corporation. No publicly held corporation owns 10% or more of IXL's stock.

Wyzant is a wholly owned subsidiary whose parent corporation is IXL Learning, Inc. No publicly held corporation owns 10% or more of Wyzant's stock.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Peter T. Sabini (#7655)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
psabini@potteranderson.com

*Attorneys for Defendants IXL Learning, Inc. and Wyzant, Inc.*

Dated: September 8, 2026
13131327 / 26483.00001